NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDMOND TYLER, II,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2011-3098

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100401-I-1.

---

## ON MOTION

---

## ORDER

Edmond Tyler, II submits an incomplete motion for leave to proceed in forma pauperis.

The court notes that Tyler's petition was dismissed on May 3, 2011 for failure to pay the fee. Tyler failed to provide the information required by question 1 of the form regarding any income or benefits received.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied.

(2) The mandate will be recalled, the dismissal order will be vacated, and the case will be reinstated, if Tyler pays the $450 docketing fee within 21 days of the date of filing of this order.

FOR THE COURT

__JUL   6 2011__                    /s/ Jan Horbaly
Date                                 Jan Horbaly
                                     Clerk

cc:  Edmond Tyler, II
     Christopher A. Bowen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2011

JAN HORBALY
CLERK